UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TERRY GRANT SHELDON, | ) |
| Petitioner, | ) Case No. 1:05-cv-307 |
| v. | ) Honorable Wendell A. Miles |
| MICHIGAN PAROLE BOARD, | ) |
| Respondent. | ) |

**JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be DISMISSED with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases for lack of merit in the grounds presented.

**IT IS FURTHER ORDERED** that a certificate of appealability is DENIED as to each issue raised by the Petitioner in this application for habeas corpus relief because Petitioner has failed to make a "substantial showing of a denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Dated: May 17, 2005                                           /s/ Wendell A. Miles
                                                              Wendell A. Miles
                                                              Senior U.S. District Judge